**ORIGINAL**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

FILED
CLERK, U.S. DISTRICT COURT
MAY 31 2019
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

| | |
|---|---|
| TOP LIGHTING CORPORATION,<br><br>                              Plaintiff,<br><br>     v.<br><br>LINCO INC.,<br><br>                             Defendant.<br><br>and RELATED CROSS COMPLAINT | CASE NO: EDCV 15-1589 JVS (KKx)<br><br>**REDACTED**<br>SPECIAL VERDICT |

DATED: May 29, 2019

                                    JAMES V. SELNA
                                    UNITED STATES DISTRICT JUDGE

F

1

## **VERDICT FORM**

When answering the following questions and filling out this Verdict Form, please follow the directions provided throughout the form. Your answer to each question must be unanimous. Some of the questions contain legal terms that are defined and explained in detail in the Jury Instructions. Please refer to the Jury Instructions if you are unsure about the meaning or usage of any legal term that appears in the questions below.

F

We, the jury, unanimously agree to the answers to the following questions and return them under the instructions of this court as our verdict in this case:

1. Has Linco, Inc. proven by a preponderance of the evidence that Top Lighting Corporation's Accused Product infringed the only claim of United States Design Patent Number D712,590?

Yes ✓                No ____

If your answer to Question 1 is "Yes," please proceed to Question 2.
If your answer to Question 1 is NO, please proceed to Question 3.

2. Has Linco, Inc. proven by a preponderance of the evidence that Top Lighting Corporation willfully infringed United States Design Patent Number D712,590?

Yes ✓                No ____

Answer the next question.

F

3

3. Has Top Lighting proven by clear and convincing evidence that United States Design Patent Number D712,590 is invalid because it is functional, not ornamental?

Yes _____        No ___✓___

If you answered "Yes" to Question No. 1, answer the next question. Otherwise skip to the end and sign and date the verdict.

4. What damages, if any, did Linco, Inc. prove by a preponderance of the evidence it suffered?

$ 138,363.00

Please sign and date the verdict.

Dated: May 31, 2019.

PRESIDING JUROR

F

4