# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| TOP LIGHTING CORPORATION, a California corporation,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>LINCO INC., a California corporation,<br><br>　　　　Defendant.<br>_____<br>LINCO INC., a California corporation,<br><br>　　　　Counterclaim Plaintiff,<br><br>　vs.<br><br>TOP LIGHTING CORPORATION, a California corporation,<br><br>　　　　Counterclaim Defendant. | Case No.: 5:15-cv-01589-JVS-KKx<br>ADRS Case No.: 16-7872-GPS<br>*Complaint filed August 5, 2015*<br>*[Assigned to Hon. James V. Selna]*<br>Trial Date:　　May 21, 2019<br>**JUDGMENT ON SPECIAL VERDICT** |

　　　The above referenced action came on regularly for Jury Trial on May 21, 2019 in Courtroom 10C of the above referenced Court, the Honorable James V. Selna presiding. Plaintiff and Counterclaim Defendant TOP LIGHTING

---
**JUDGMENT ON SPECIAL VERDICT**
-1-

CORPORATION appeared by and through its attorneys of record, Chong H. Roh, Esq. Defendant and Counterclaim Plaintiff LINCO, INC. appeared by and through its attorneys of record, Mitchell F. Ducey, Esq., Robert J. Borowski, Esq., and Robert C. Hsu, Esq.

On May 21, 2019, a jury was selected and sworn. The parties presented evidence, the jury was instructed by the Court, the parties submitted their cases and the jury deliberated. On May 31, 2019, the jury returned a Special Verdict as follows:

## **SPECIAL VERDICT**

We, the jury, unanimously agree to the answers to the following questions and return them under the instructions of this Court as our verdict in this case:

**1.** Has Linco, Inc., proven by a preponderance of the evidence that Top Lighting Corporation's accused product infringed the only claim of United States Design Patent No. D712,590?

        Yes _X___        No ____

**2.** Has Linco, Inc., proven by a preponderance of the evidence that Top Lighting Corporation willfully infringed United States Design Patent No. D712,590?

        Yes _X___        No ____

**3.** Has Top Lighting Corporation proven by clear and convincing evidence that United States Design Patent No. D712,590 is invalid because it is functional, not ornamental?

        Yes ____        No _X___

///

**4.** What damages, if any, did Linco, Inc., prove by a preponderance of the evidence it suffered?

$138,363.00

Date: May 31, 2019          By: _REDACTED [Juror Foreperson]___

## ENHANCED DAMAGES BASED ON POST-TRIAL MOTIONS

After the Jury Trial and within the time permitted under Federal Rule of Civil Procedure 54, Linco, Inc. filed the following motions with the Court: (a) pursuant to 35 U.S.C. § 284, Motion for up to Treble Damages based on the Jury's finding of willful infringement of Linco, Inc.'s United States Design Patent No. D712,590 by Top Lighting Corporation; and (b) pursuant to 35 U.S.C. § 285, Motion for Attorney's Fees based on the above referenced action qualifying as an "exceptional case."

The Court, having duly considered the papers submitted in support of and in opposition to said Motions, and having heard oral argument on said Motions, granted Linco Inc.'s motions on August 26, 2019 and ruled as follows:

1. Linco, Inc.'s Motion for up to Treble Damages:

    GRANTED. The Jury's award is increased to $ 415,089.00.

2. Linco, Inc.'s Motion for Attorney's Fees:

    GRANTED. The amount awarded is $ 496,123.90.

## PREJUDGMENT AND POST-JUDGMENT INTEREST ON DAMAGES

1. As to the award of compensatory damages in the amount of $415,089.00, Linco shall recover pre-judgment interest at an annual rate of ten percent (10%) accruing from September 2, 2014, the date that Linco, Inc.'s United States Design Patent No. D712,590 was issued, to the date of entry of this judgment in the amount of $79,815.89, and with post-judgment interest

pursuant to 28 U.S.C. § 1961 at an annual rate of 1.56% from the date of entry of this judgment until paid.

2. As to the award of attorney's fees in the amount of $496,123.90, Linco shall recover post-judgment interest pursuant to 28 U.S.C. § 1961 at an annual rate of 1.56% from the date of entry of this judgment until paid.

## **JUDGMENT**

Judgment is hereby entered in favor of Defendant and Counterclaim Plaintiff LINCO, INC. and against Plaintiff and Counterclaim Defendant TOP LIGHTING COPORATION, as follows:

Damages: $415,089.00

Attorney's Fees: $496,123.90

Costs (FRCP 54): $_____

Pre-Judgment
Interest: $$79,815.89

Post-Judgment
Interest (28
U.S.C. § 1961): $TBD

Accordingly, Judgment is entered in favor of Linco, Inc. and against Top Lighting Corporation in the total sum of $991,028.79.

**IT IS SO ORDERED, ADJUDICATED AND DECREED.**

Dated: January 21, 2020

_____
Honorable James V. Selna
United States District Court Judge, Central District of California

**CC:  FISCAL**